**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Petitioner** | ) | |
| **V.** | ) | **CIVIL ACTION No. Misc.** |
| **CRAIG F. RAPOZA,** **Respondent** | ) | [redacted] 07 2025 |

# PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, by its attorneys, petitions to enforce the Internal Revenue Service summons issued on August 22, 2006, to Respondent, Craig F. Rapoza. In support of its petition to enforce, Petitioner states as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons.

2. Marcia Mansolillo is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 60 Quaker Lane, 3rd floor, Warwick, RI 02886, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R. 301.7602-1.

3. Upon information and belief Mr. Rapoza resides or may be found at 2320 Middle Road, E. Greenwich, RI 02818, within the jurisdiction of this Court.

4. Revenue Officer Marcia Mansolillo is conducting an investigation to determine the tax liability of Respondent for the period(s) ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004 and December 31, 2005. See Ex. A at ¶ 2.

5. Upon information and belief, Respondent is in possession and control of testimony and documents that may be relevant to this investigation. See Ex. A at ¶ 8, 12.

6. On August 22, 2006, an Internal Revenue Service summons was issued directing Respondent to appear before Revenue Officer Marcia Mansolillo on September 22, 2006 at 10:00 a.m. at the Internal Revenue Service, 60 Quaker Lane, 3rd floor, Warwick, RI 02886, to testify and produce for examination books, papers, records or other data described in the summons. See

Ex. B. An attested copy of the summons was served on Respondent on August 22, 2006, by Revenue Officer Marcia Mansolillo by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. See Exs. A at ¶ 4 and B.

7. Respondent failed to appear on September 22, 2006. Respondent's non-compliance with the summons continues to this date. See Ex. A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Ex. A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Ex. A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly determine the federal tax liability of Respondent for the period(s) ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004 and December 31, 2005.

THEREFORE, the United States requests that:

1. This Court enter an order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing Respondent to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Marcia Mansolillo or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Marcia Mansolillo or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LY T. NGUYEN, Bar No. 66676
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov