**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | ) | |
| | ) | |
| V. | ) | CIVIL ACTION No. Misc. |
| | ) | |
| CRAIG F. RAPOZA,<br>Respondent | ) | |

**DECLARATION OF REVENUE OFFICER**

I, Marcia Mansolillo, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 60 Quaker Lane, 3rd floor, Warwick, RI 02886. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Craig F. Rapoza for the period(s) ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004 and December 31, 2005.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on August 22, 2006, an administrative summons to Craig F. Rapoza to give testimony and to produce documents as described in the same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on August 22, 2006, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Mr. Rapoza by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On August 24, 2006, I received a voice message from Mr. Rapoza indicating that he received the above-referenced summons.

GOVERNMENT EXHIBIT
A

6. On September 22, 2006, Mr. Rapoza failed to comply with the summons. Mr. Rapoza's refusal to comply with the summons continues to the date of this declaration.

7. On November 16, 2006, the Internal Revenue Service sent Mr. Rapoza a letter by regular mail to allow him a final opportunity to comply with the summons within ten days of the date of the letter.

8. Mr. Rapoza failed to comply with the summons after the November 16, 2006 letter was issued.

9. On May 7, 2007, Mr. Rapoza's power of attorney/accountant, Mark Probost, stated to me that Mr. Rapoza had left six boxes of documents at his office.

10. On May 10, 2007, Mr. Probost called me and stated that Mr. Rapoza came by and retrieved the six boxes. Mr. Probost revoked his power of attorney.

11. On May 14, 2007, I received a voice message from Mr. Rapoza's attorney, Robert Pierce. Mr. Pierce stated that he is replicating the documents and would get something to me by May 18, 2007.

12. As of the date of this declaration, Mr. Rapoza has continued to fail to comply with the summons.

13. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

14. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

15. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Mr. Rapoza for the period(s) ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004 and December 31, 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30TH day of MAY, 2007.

Marcia M. Mansolillo
Marcia Mansolillo
Revenue Officer