FILED
JUL 09 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
Petitioner )
) CIVIL ACTION No. Misc. 07-202S
V. )
)
CRAIG F. RAPOZA )
Respondent )

**STIPULATION AND ORDER**

Now come the petitioner, the United States of America, and the respondent, Craig F. Rapoza, and stipulate and agree as follows:

1. The petitioner filed a Petition to Enforce Internal Revenue Service Summons on May 30, 2007, seeking the compliance of the respondent, Craig F. Rapoza, with the Internal Revenue Service summons served on him on August 22, 2006.

2. Said summons was issued by Revenue Officer Marcia M. Mansolillo for a legitimate purpose, that is, the determination of the correct federal income tax liability of the respondent for the tax period(s) ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, and December 31, 2005; the summoned testimony and data may be relevant to that determination; the testimony and other data sought are not already in the possession of the Internal Revenue Service; and the administrative steps required by the Internal Revenue Code have been followed.

3. On June 12, 2007, an order was entered requiring the respondent to object to the Petition to Enforce Internal Revenue Service Summons within five days of service of said order and to appear before United States Magistrate Judge Lincoln D. Almond on July 7, 2007, at 10:00 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on August 22, 2006.

4. In lieu of appearing before the court on July 7, 2007, as ordered, the respondent, Craig F. Rapoza, shall appear before Revenue Officer Marcia M. Mansolillo or a designated representative on or before July 27, 2007, to be sworn, to give testimony, and to produce the books, records, papers, and other data as demanded by the summons served upon the respondent on August 22, 2006, for examination and for copying by photographic or other mechanical means of reproduction.

5. The court shall retain jurisdiction of this matter to enforce the above-referenced Internal Revenue Service Summons in the event that the respondent fails to appear before Revenue Officer Marcia M. Mansolillo or a designated representative on or before July 27, 2007, and provide those items demanded by the summons served upon the respondent on August 22, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA
Petitioner

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

LY T. NGUYEN
Assistant U.S. Attorney

Craig F. Rapoza
Respondent

By his attorney,

________________________
Robert Pierce, Esq.
R.I. Bar No. __________
43 Hewitt Circle
Needham, MA 02494
(781) 449-7399
(781) 449-5438

**ORDER**

The within stipulation is hereby approved and entered as an order of this court.

________________________
LINCOLN D. ALMOND
United States Magistrate Judge