IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Petitioner<br><br>V.<br><br>CRAIG F. RAPOZA<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No. Misc. 07-202S |

**NOTICE OF COMPLIANCE**

Craig F. Rapoza has provided the requested documents and has complied with the Summons issued by the Internal Revenue Service. This matter may be passed for compliance.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 13th day of August, 2007, I caused the within Notice of Compliance to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I further certify that on the 13th day of August, 2007, I forwarded a copy of the within Notice of Compliance, by postage prepaid mail, to:

Craig F. Rapoza
2320 Middle Road
East Greenwich, RI 02818

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov